IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Shannon, Maxine Toni

Printed: 7/15/08

Case Number: 06 B 01048
Judge: Goldgar, A. Benjamin
Filed: 2/7/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed - No Disch:  July 11, 2008
Confirmed:  March 28, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 13,840.28 |  |
| Secured: |  | 2,400.00 |
| Unsecured: |  | 6,437.05 |
| Priority: |  | 1,276.10 |
| Administrative: |  | 3,000.00 |
| Trustee Fee: |  | 727.13 |
| Other Funds: |  | 0.00 |
| Totals: | 13,840.28 | 13,840.28 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 3,000.00 | 3,000.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 4,001.66 | 2,400.00 |
| 4. | Northstar | Priority | 1,276.10 | 1,276.10 |
| 5. | Portfolio Recovery Associates | Unsecured | 391.41 | 391.41 |
| 6. | AmeriCash Loans, LLC | Unsecured | 2,273.75 | 2,273.75 |
| 7. | U.S. Department Of Education | Unsecured | 1,730.85 | 1,730.85 |
| 8. | American General Finance | Unsecured | 1,397.41 | 1,397.41 |
| 9. | Midland Credit Management | Unsecured | 113.62 | 113.62 |
| 10. | Peoples Energy Corp | Unsecured | 530.01 | 530.01 |
| 11. | Cedar Creek Of Matteson Homeowners Assoc | Unsecured |  | No Claim Filed |
| 12. | Founders Trust National Bank | Unsecured |  | No Claim Filed |
| 13. | HCS Inc | Unsecured |  | No Claim Filed |
| 14. | Publishers Clearing House | Unsecured |  | No Claim Filed |
|  |  |  | $ 14,714.81 | $ 13,113.15 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 101.20 |
| 5% | 69.00 |
| 4.8% | 132.48 |
| 5.4% | 424.45 |
|  | $ 727.13 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Shannon, Maxine Toni

Printed: 7/15/08

Case Number:  06 B 01048
Judge:  Goldgar, A. Benjamin
Filed:  2/7/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

